1  John M. Vrieze, CSB #115397
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   P. O. Drawer 1008
3  Eureka, CA 95502
   Tel: (707) 443-5643
4  Fax: (707) 444-9586

5  Attorneys for Defendants

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

11 MARCY VELASQUEZ,                    ) Case No.: CV 08-5653 PJH
                                       )
12         Plaintiff,                  ) **STIPULATION TO ENLARGE TIME**
           vs.                         ) [Civil Local Rule 6-1, 6-2, 7-12]
13                                     )
   CHRISTINE FONTANA aka CHRISTINE     )
14 FONTANA-DUNN, aba STARS             )
   HAMBURGERS, JOSEPH R. DUNN, and     )
15 DOES ONE to FIFTY, Inclusive,       )
                                       )
16         Defendants.                 )
                                       )

18     IT IS STIPULATED by and between the parties, through their respective counsel, that defendants shall have an additional 14 days, from February 17, 2009, in which to respond to plaintiff's complaint. This is the first extension of time, and such extension of time will allow defendants additional time to review the matters alleged in the complaint and to continue with settlement negotiations with plaintiff. The granting of this requested extension of time will not impact the schedule for the case.

DATED: February 17, 2009        SINGLETON LAW GROUP

                                By: _____
                                Attorneys for Plaintiff, Marcy Velasquez

1

**STIPULATION TO ENLARGE TIME [Civil Local Rule 6-1, 6-2, 7-12]**

DATED: February 17, 2009     MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 18, 2009     By: _____
JUDGE PHYLLIS J. HAMILTON
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

2

**STIPULATION TO ENLARGE TIME [Civil Local Rule 6-1, 6-2, 7-12]**